IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEANA STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 17-cv-04478-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT FRANK MORROW SHOULD NOT BE DISMISSED** |

On August 7, 2017, plaintiff Juleana Stewart filed her complaint in the above-titled action. To date, plaintiff has not filed proof of service of the summons and complaint upon defendant Frank Morrow.

"If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than February 16, 2018, why plaintiff's claims against Frank Morrow should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: January 18, 2018

                                            MAXINE M. CHESNEY
                                            United States District Judge