IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEANA STEWART,<br>　　　Plaintiff,<br>　　v.<br>CITY OF OAKLAND, et al.,<br>　　　Defendant. | Case No. 17-cv-04478-MMC<br><br>**ORDER GRANTING DEFENDANT FRANK MORROW'S MOTION TO DISMISS; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 53 |

Before the Court is defendant Frank Morrow's ("Morrow") motion to dismiss, filed April 2, 2018. Plaintiff Juleana Stewart ("Stewart") has filed opposition, to which Morrow has replied. The matter came on regularly for hearing on May 25, 2018. David Helbraun of the Helbraun Law Firm appeared on behalf of Stewart. Matthew Taylor and Wendi Berkowitz of Messing Adam & Jasmine LLP appeared on behalf of Morrow.

For the reasons stated on the record at the hearing, the motion is hereby GRANTED with leave to amend. Stewart's Second Amended Complaint, if any, shall be filed no later than June 29, 2018. Morrow shall respond to any such Second Amended Complaint no later than July 20, 2018.

In light of the above, a Further Case Management Conference is hereby SET for October 12, 2018. A Joint Case Management Statement shall be filed no later than October 5, 2018.

**IT IS SO ORDERED.**

Dated: May 25, 2018

MAXINE M. CHESNEY
United States District Judge